# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.:  5:15-cv-04697 |
| | ) | |
| **ALTRIA GROUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Smith, through his respective counsel, dismisses the claims asserted in the above-captioned action with prejudice.  Each party will bear its own costs and attorneys' fees.

Respectfully submitted this is the 24th day of September, 2018.

 /s/  ro966
Attorney for Plaintiff
THE ORLOSKI FIRM
Richard L. Orloski #80037
111 N. Cedar Crest Blvd.
Allentown, PA 18104-4602
Telephone: (610) 433-2363
Facsimile: (610) 433-4785
orloski@gmail.com